# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| JASON C. SCHNEIDER, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:22-cv-00293 |
| LLOYD J. AUSTIN III, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

On May 19, 2023, Defendants notified the Court that the preliminary injunction in *Colonel Financial Management Officer v. Austin* ("*Col. FMO*") No. 8:22-cv-01275-SDM-TGW (M.D. Fla.) had been dissolved, the class decertified, and the action dismissed as moot in light of the rescission of the vaccination requirement challenged in that case and the present matter. *See* ECF No. 27. Given these changed circumstances, the parties proposed to file a joint status report on or before June 2, 2023. *See id.*

Since then, the parties have conferred and are continuing to discuss what next steps will be necessary to resolve this case. Additional discussions may help to conserve the Court's and the parties' time and resources. Accordingly, the parties respectfully propose to file another joint status report on or before July 10, 2023, at which time they will propose next steps for this litigation.

Dated: June 2, 2023
Respectfully submitted,

*/s/ Kenneth A. Klukowski*
Gene C. Schaerr*
D.C. Bar No. 416368
Kenneth A. Klukowski
*Attorney-in-Charge for Plaintiffs*
D.C. Bar No. 1046093
S.D. Texas Bar No. 3145314
Annika Boone Barkdull* **
Utah Bar No. 17176
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
kklukowski@schaerr-jaffe.com

* Admitted *pro hac vice*
** Not yet admitted in D.C. Practicing under the supervision of D.C. attorneys.

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Cassandra Snyder*
JODY D. LOWENSTEIN
Mont. Bar. No. 55816869
CASSANDRA SNYDER
DC Bar No. 1671667
Trial Attorney
United States Department of Justice

2

        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, DC 20005
        Tel: (202) 451-7729
        Fax: (202) 616-8470
        Email: cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                            */s/ Kenneth A. Klukowski*
                                            Kenneth A. Klukowski
                                            *Attorney-in-Charge for Plaintiffs*