United States District Court
Southern District of Texas
**ENTERED**
July 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JASON C. SCHNEIDER, *ET AL.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:22-CV-293 |
| LLOYD J. AUSTIN III, *ET AL.*, | § § § | |
| Defendants. | § | |

# **ORDER**

The parties have filed a joint status report and requested the court enter a schedule setting deadlines for further proceedings. Dkt. 29. The court grants that motion. Accordingly, this case will be governed by the following deadlines:

- **Thursday, August 10, 2023**: the plaintiffs will file a stipulation of dismissal of all their claims, with the exception of their claims for attorneys' fees. The plaintiffs will also file a motion for attorneys' fees.

- **Thursday, August 31, 2023**: the defendants will file a response to the plaintiffs' motion for attorneys' fees.

- **Thursday, September 14, 2023**: the plaintiffs will file a reply in support of their motion for attorneys' fees.

Signed on Galveston Island this 12th day of July, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE