# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| JASON C. SCHNEIDER, individually and on behalf of all others similarly situated, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, *et al.*, <br><br> *Defendants*. | Case No: 22-cv-293 |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Attorneys' Fees and Costs, Dkt. 31, and the entire record herein, and having heard arguments on the same, the Court finds that that the Plaintiffs are prevailing parties in this cause, and that the Motion should be granted. Accordingly, it is hereby:

ORDERED that Plaintiffs' Motion for Attorneys' Fees and Costs is GRANTED; and

ORDERED that the parties shall confer in good faith regarding the fees and costs Defendants shall pay to Plaintiffs, including adjustment for the passage of time; and

ORDERED that the parties shall inform the Court of the result of that conference, and whether further action from this Court is needed.

SIGNED on Galveston Island this _____ day of _____, 2023.

       _____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE