# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| JASON C. SCHNEIDER, individually and on behalf of all others similarly situated, *et al.*, §§§§<br><br>*Plaintiffs*,<br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, *et al.*,<br>*Defendants*. | Case No: 22-293 |

## DECLARATION OF SARAH NORTON

I, Sarah Norton, under penalty of perjury, declare as follows:

1. I am over the age of 18 and am competent to make this declaration.

2. I am the Chief Financial Officer and firm administrator of the law firm Schaerr Jaffe LLP.

3. As such, I am in a position to report on the billings and amounts received of cases at this law firm.

4. As of the most recent billing period, the amount that would be due in the case *Schneider v. Austin* at the firm's normal billing rates is $287,790.00, plus $594.86 in costs.

5. The firm received $96,520.00 in payments in this case from the firm's clients listed as Plaintiffs in the case, incurred in the time period prior to this Court's staying the case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/14/2023
Date

_____
Sarah Norton