# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| JASON C. SCHNEIDER, individually and on behalf of all others similarly situated, *et al.*,<br>　　　　　*Plaintiffs*,<br>　v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, *et al.*,<br>　　　　　*Defendants*. | §§§§§§§§§§§§ Case No: 22-293 |

## NOTICE OF SUPPLEMENTAL FACTS

Plaintiffs respectfully notify the Court that on October 3, 2023, Defendants agreed to pay $900,000 in attorneys' fees to the class counsel in *Colonel Financial Management Officer v. Austin*, No. 8:22-cv-1275 (M.D. Fla.), as a result of settlement negotiations in that litigation. *See* Fee Settlement Agreement & Release 2, Ex. A. This is the class in which Plaintiffs here were members and from which Plaintiffs here claim entitlement to attorneys' fees as prevailing parties, a Motion for which is currently pending before this Court. Dkt. 31.

October 10, 2023　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth A. Klukowski*
　　　　　　　　　　　　　　　　　　　　　　Gene C. Schaerr*
　　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 416368
　　　　　　　　　　　　　　　　　　　　　　Kenneth A. Klukowski
　　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1046093
　　　　　　　　　　　　　　　　　　　　　　　S.D. Texas Bar No. 3145314
　　　　　　　　　　　　　　　　　　　　　　Annika B. Barkdull* **
　　　　　　　　　　　　　　　　　　　　　　　Utah Bar No. 17176

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
kklukowski@schaerr-jaffe.com

*Admitted *pro hac vice*
**Not yet admitted in D.C. Practicing under the supervision of D.C. attorneys.

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, the foregoing document was filed through the Court's ECF system and a copy will be served on each of the Defendants according to the Federal Rules of Civil Procedure.

*/s/ Kenneth A. Klukowski*
Kenneth A. Klukowski
